IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMARIYHA JOHNSON**     **PLAINTIFF**
**ADC #174644**

v.     Case No. 4:25-CV-00880-JM

**WELLPATH,** *et al.*     **DEFENDANTS**

### ORDER

Johnson has not complied with the August 29, 2025 Order directing him to pay the filing and administrative fees for this case or file a complete motion to proceed *in forma pauperis*. Doc. 2. The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE