IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMARIYHA JOHNSON**                                                                                    **PLAINTIFF**
**ADC #174644**

v.                                          Case No. 4:25-CV-00880-JM

**WELLPATH,** *et al*.                                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 2nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE